**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**KEVIN D. COBBS,**

    **Plaintiff,**

**v.**                                                                                    Case No: 5:17-cv-443-Oc-34PRL

**KATHLEEN M KENNEY, A. LEE
BENTLEY, III and UNITED STATES
ATTORNEY GENERAL**

    **Defendants.**

## ORDER

This matter is before the Court on various motions filed by Plaintiff. (Docs. 2, 20, 22). Plaintiff's motion to file an amended complaint (Doc. 20) is **GRANTED.** The Clerk shall file Plaintiff's amended complaint and attachments (Docs. 20-1, 20-2, 20-3) as a separate docket entry. Plaintiff's motion to redact or seal a medical record filed on the public docket (Doc. 22) is **GRANTED**. Prior to docketing the amended complaint, the Clerk shall remove from the record and return to Plaintiff Exhibit AAAAX (Doc. 20-2 at 1).

Finally, the Court has reviewed Plaintiff's amended complaint as required by 28 U.S.C. §1915(e)(2), and has reviewed the Affidavit of Indigency (Doc. 2) and finds that Plaintiff is unable to pay the costs of this action pursuant to 28 U.S.C. § 1915(a), and the Complaint is due to be served. Thus, Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED**. Within **ten (10) days** of this Order, Plaintiff shall provide the Clerk with fully completed summonses and service copies of the amended complaint. Once these have been provided to the Clerk, the Clerk is directed to deliver the summonses and copies of the amended complaint to the United States Marshal for service as required by Rule 4(c)(3) of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Ocala, Florida on October 30, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties